474 A.2d 657

Commonwealth v. McDonald, Appellant.

Submitted May 26, 1983. John A. Halley, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, ROWLEY and CIRILLO, JJ.

Order affirmed.